**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 03-7832

JERRY LYNN HIGH,

Plaintiff - Appellant,

versus

MICHAEL S. HAMDEN,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Malcolm J. Howard, District Judge. (CA-03-631-5-H)

Submitted: February 12, 2004      Decided:  February 23, 2004

Before LUTTIG, WILLIAMS, and MOTZ, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Jerry Lynn High, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jerry Lynn High appeals the district court's judgment dismissing as frivolous his complaint against Michael S. Hamden and North Carolina Prisoner Legal Services, Incorporated. We have reviewed the record and find no reversible error. Accordingly, we dismiss the appeal as frivolous for the reasons stated by the district court. See High v. Hamden, No. CA-03-631-5-H (E.D.N.C. Oct. 29, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED